B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Idaho

In re: **Shalen J. Bennion / Cheyenne A. Bennion**, Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Hourly fees - see attached engagement letter** |
   | Prior to the filing of this statement I have received | $ **$20,200 (less pre-petition amounts)** |
   | Balance Due | $ **TBD** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

4. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   See attached engagement letter.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   See attached engagement letter.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 18, 2022** | **/s/ Matthew T. Christensen** |
| *Date* | **Matthew T. Christensen 7213** |
| | *Signature of Attorney* |
| | **Johnson May** |
| | **199 N. Capitol Blvd, Ste 200** |
| | **Boise, ID 83702** |
| | **208-384-8588  Fax: 208-629-2157** |
| | **info@johnsonmaylaw.com** |
| | *Name of law firm* |